DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MCCORMICK 105, LLC,**
Appellant,

v.

**ENRIQUE A. ORTEGA, VANESSA LAWRENCE, VIZCAYA AT LAKE CORAL SPRINGS COMMUNITY ASSOCIATION, INC,**
Appellees.

No. 4D22-577

[March 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge, Judge; L.T. Case No. CACE 21-2786 (11).

Gary M. Singer and Rachel K. Lipkis of the Law Firm of Gary M. Singer, P.A., Fort Lauderdale, for appellant.

Edward M. Shahady of Edward M. Shahady, P.A., Fort Lauderdale, for appellees Enrique Ortega and Vanessa Lawrence.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***